LAW OFFICES OF TIMOTHY P. JOHNSON

1  TIMOTHY P. JOHNSON (BAR NO. 66333)
2  LAW OFFICES OF TIMOTHY P. JOHNSON
3  1970 OLD TUSTIN AVENUE, SECOND FLOOR
   SANTA ANA, CALIFORNIA 92705
4  TELEPHONE: (714) 832-1170
   FACSIMILE: (714) 832-1179
5  E-MAIL: tjohnson@johnson-chambers.com
6
7  Attorneys for Defendant Genpact Services, LLC
8
9           UNITED STATES DISTRICT COURT
10       FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
12         ED   CV  12  -  02139   VAP
                                      (DTBx)
13  NATHANIEL DAVIS,              Case No.
14  Plaintiff
15          vs.                   **NOTICE OF REMOVAL**
16  GENPACT SERVICES  LLC,
17  Defendant.
18
19
20
21       TO THE CLERK OF THE ABOVE-ENTITLED COURT:
22
23       PLEASE TAKE NOTICE that Defendant Genpact Services, LLC hereby
    removes to this Court the state court action described below:
24
25       1.   On September 10, 2012, a Complaint was filed against Defendant
26  Genpact Services, LLC by Plaintiff Nathaniel Davis in an action pending in the
    Superior Court of the State of California in and for the County of Riverside, entitled,
27
    *Davis v. Genpact Services, LLC,* Case No. RIC 1213917.   A copy of the state court
28
    Complaint ("Complaint") served on Defendant Genpact Services, LLC in the state

**FILED**

2012 DEC -5  AM 11: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

court action is attached hereto as Exhibit 1.

2.     On October 9, 2012, a First Amended Complaint was filed against Defendant Genpact Services, LLC by Plaintiff Nathaniel Davis in an action pending in the Superior Court of the State of California in and for the County of Riverside, entitled, *Davis v. Genpact Services, LLC,* Case No. RIC 1213917.   A copy of the state court First Amended Complaint ("FAC") served on Defendant Genpact Services, LLC in the state court action is attached hereto as Exhibit 2.

3.     This removal petition is timely under 28 U.S.C. §1446(b) because removing Genpact Services, LLC was served with the Complaint and the FAC on November 9, 2012.

## JURISDICTION

4.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and that may be removed to this Court by Defendant Genpact Services, LLC pursuant to the provisions of 28 U.S.C. § 1441(b) in that the complaint seeks damages based upon violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 et seq.

## VENUE

5.     The complaint was filed in the Superior Court of the State of California, County of Riverside.   Therefore, venue in the Eastern Division of the Central District is proper.   28 U.S.C. §1441 (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending).

Dated:  November 28, 2012       **LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____
TIMOTHY P. JOHNSON
Attorneys for Defendant
Genpact Services, LLC

NOTICE OF REMOVAL

LAW OFFICES OF TIMOTHY P. JOHNSON

EXHIBIT "1"

1 Todd M. Friedman SBN (216752)
2 Law Offices of Todd M. Friedman
8730 Wilshire Blvd, Suite 411
3 Beverly Hills, CA 90211
Phone: 800-219-3577
4 Fax: 866-633-0228
5 pmankin@toddflaw.com
Attorney for Plaintiff
6

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 10 2012

A. VILLEGAS

7 SUPERIOR COURT OF THE STATE OF CALIFORNIA
8 FOR THE COUNTY OF RIVERSIDE
LIMITED JURISDICTION
9

10                                )   Case No. Ric 1213917

11 NATHANIEL DAVIS,           )   COMPLAINT FOR VIOLATION
                               )   OF ROSENTHAL FAIR DEBT
12 Plaintiff,                     )   COLLECTION PRACTICES ACT AND
                               )   FEDERAL FAIR DEBT COLLECTION
13       vs.                      )   PRACTICES ACT
                               )
14 GENPACT SERVICES LLC    )   (Amount not to exceed $10,000)
15 Defendant.               )
                               )     1.   Violation of Rosenthal Fair Debt
16                                )         Collection Practices Act
17                                )     2.   Violation of Fair Debt Collection
                                            Practices Act
18

19 I. INTRODUCTION
20
     1.   This is an action for damages brought by an individual consumer for Defendant's
21
violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.*
22
(hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*
23
(hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive,
24
deceptive, and unfair practices.
25

26

27

28
                                        II. PARTIES

Complaint - 1

2.    Plaintiff, NATHANIEL DAVIS ("Plaintiff"), is a natural person residing in Riverside County in the State of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.    At all relevant times herein, Defendant, GENPACT SERVICES LLC ("Defendant Asset") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant Asset regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.    At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.    On or about February, 2012, Plaintiff began receiving calls from Defendant. Defendant, called from telephone number (513) 698-2433 in attempt to collect an alleged outstanding debt.

6.    On average, Plaintiff received more than two collections calls from Defendant every day in connection with an attempt to collect an alleged outstanding debt.

7.    On average, Plaintiff received more than ten collections calls from Defendant every week in connection with an attempt to collect an alleged outstanding debt.

8.    On average, Plaintiff received more than twenty collections calls from Defendant every month in connection with an attempt to collect an alleged outstanding debt.

9.   On at least one occasion, Defendant said or implied that non-payment of the alleged outstanding debt would result in legal actions against Plaintiff.

10.   On at least one occasion Defendant said to Plaintiff, if he did not make a payment they will take Plaintiff to court and it will affect his credit.

11.   On at least one occasion Plaintiff tried explain to Defendant he was going through financial hardships and was not able to pay. At which time Defendant said "you better come up with the money, if not we will continue to call until we get the money".

12.   On several occasions Plaintiff asked Defendant to please stop calling however, Defendant ignored Plaintiff request and continuously called up four times in a day with two hours intervals.

13.   Defendant contacted Plaintiff with such frequency as to annoy and harass Plaintiff.

14.   Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment, attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intend to take such action (§ 1692e(4));

Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken, including threatening…(§ 1692e(5))

Falsely representing the character, amount, or legal status of Plaintiff's debt, including… (§ 1692e(2)(A));

Communicating or threatening to communicate credit information which is known or which should be known to be false, including… (§ 1692e(8

Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code § 1788.11(d));

Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code § 1788.11(e));

Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§ 1692d(5));and

Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff, (§ 1692c(a)

15. As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff reincorporates by reference all of the preceding paragraphs.

17. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the RFDCPA;

    B. Actual damages;

    C. Statutory damages for willful and negligent violations;

    D. Costs and reasonable attorney's fees;

    E. For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff reincorporates by reference all of the preceding paragraphs.

Complaint - 4

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

B.    Actual damages;

C.    Statutory damages;

D.    Costs and reasonable attorney's fees; and,

E.    For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 23rd day of August, 2012.

By:

Todd M. Friedman
Law Offices of Todd M. Friedman
Attorney for Plaintiff

OCT 09 2012

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ INDIO 46-200 Oasis St., Indio, CA 92201

☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
☐ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☒ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., Ste. 100, Temecula, CA 92591

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Todd M. Friedman (SBN 216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
TELEPHONE NO: 877-206-4741    FAX NO. (Optional): 8666330228
E-MAIL ADDRESS (Optional): tfriedman@attorneysforconsumers.com
ATTORNEY FOR (Name): Plaintiff, NATHANIEL DAVIS

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

OCT 09 2012

D. BARRAZA

PLAINTIFF/PETITIONER: NATHANIEL DAVIS

DEFENDANT/RESPONDENT: GENPACT SERVICES LLC

CASE NUMBER:
RIC 1213917

### CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒   The action arose in the zip code of: 92879 _____

☐   The action concerns real property located in the zip code of: _____

☐   The Defendant resides in the zip code of: _____

MRG
OCT 17 2012

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date   10/04/12 _____

Todd M. Friedman
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

►                                    (SIGNATURE)

Approved for Mandatory Use
Riverside Superior Court
RI-030 [Rev. 07/01/12]

CERTIFICATE OF COUNSEL

Page 1 of 1
Local Rule 1.0015
riverside.courts.ca.gov/localrms/localrms.shtml

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Todd M. Friedman SBN (216752)<br>Law Offices Of Todd M. Friedman Esq,<br>369 S. Doheny Drive # 415<br>Beverly Hills, CA 90211<br>TELEPHONE NO (877) 206-4741   FAX NO  (866) 633-0228<br>ATTORNEY FOR (Name)  Plaintiff, Nathaniel Davis | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, Ca, 92501
BRANCH NAME:

CASE NAME:
Nathaniel Davis v. Genpact Services LLC

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER |
|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☑ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | ☐ ☐ ☐   1 2 1 3 9 1 7<br>JUDGE<br>DEPT |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | ☐ Other collections (09) | ☐ Construction defect (10) |
| Damage/Wrongful Death) Tort | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | Real Property | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| Non-PI/PD/WD (Other) Tort | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Civil rights (08) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint (not specified above) (42) |
| ☐ Professional negligence (25) | Judicial Review | Miscellaneous Civil Petition |
| ☑ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| Employment | ☐ Petition re: arbitration award (11) | ☐ Other petition (not specified above) (43) |
| ☑ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify):
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 08/23/2012
Todd M. Friedman Esq.
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

EXHIBIT "2"

Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

OCT 09 2012

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

OCT 09 2012

D. BARRAZA

OCT 1 7 2012

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF RIVERSIDE**
**LIMITED JURISDICTION**

| | |
|---|---|
| NATHANIEL DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>GENPACT SERVICES LLC,<br><br>Defendant. | Case No. RIC 1213917<br><br>**FIRST AMENDED COMPLAINT FOR VIOLATION**<br>**OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL FAIR DEBT COLLECTION PRACTICES ACT**<br><br>(Amount not to exceed $10,000)<br><br>1. Violation of Rosenthal Fair Debt Collection Practices Act<br>2. Violation of Fair Debt Collection Practices Act |

**I. INTRODUCTION**

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. PARTIES

2.      Plaintiff, Nathaniel Davis ("Plaintiff"), is a natural person residing in RIVERSIDE county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.      At all relevant times herein, Defendant, Genpact Services LLC, ("Defendant Asset") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).  Defendant Asset regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.      At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.      On or about February, 2012, Plaintiff began receiving calls from Defendant. Defendant called from telephone number (513) 698-2433 in an attempt to collect an alleged outstanding debt.

6.      On Overage, Plaintiff received more than two collections calls from Defendant every day in connection with an attempt to collect an alleged outstanding debt.

7.      On average, Plaintiff received more than ten collection calls from Defendant every week in connection with an attempt to collect an alleged outstanding debt.

8.      On average, Plaintiff received more than twenty collection calls from Defendant every month in connection with an attempt to collect an alleged outstanding debt.

9.    On  at least one occasion, Defendant said or implied that non-payment of the alleged outstanding debt would result in legal actions against Plaintiff.

10.    On at least one occasion Defendant stated to Plaintiff, if he did not make a payment they will take Plaintiff to court and it will affect his credit.

11.    On at least one occasion Plaintiff tried explain to Defendant he was going through financial hardships and was not able to pay. At which time Defendant said "you better come up with the money, if not we will continue to call until we get the money."

12.    On several occasions, Plaintiff asked Defendant to please stop calling. However, Defendant ignored Plaintiff's request and continuously called four times in a day with two hour intervals.

13.    Defendant contacted Plaintiff with such frequency as to annoy and harass Plaintiff.

14.    Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a)  Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment, attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intend to take such action (§ 1692e(4));

   b)  Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken, including threatening…(§ 1692e(5));

   c)  Falsely representing the character, amount, or legal status of Plaintiff's debt, including… (§ 1692e(2)(A));

   d)  Communicating or threatening to communicate credit information which is known or which should be known to be false, including… (§ 1692e(8);

e) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code § 1788.11(d));

f) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code § 1788.11(e));

g) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§ 1692d(5));

h) Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff, (§ 1692c(a)).

15.   As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

16.   Plaintiff reincorporates by reference all of the preceding paragraphs.

17.   To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A.   Actual damages;

B.   Statutory damages for willful and negligent violations;

C.   Costs and reasonable attorney's fees,

D.   For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

18.    Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

        A.     Actual damages;

        B.     Statutory damages;

        C.     Costs and reasonable attorney's fees; and,

        D.     For such other and further relief as may be just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this_____ day of October, 2012.

By:   _____
            Todd M. Friedman, Esq.
            Law Offices of Todd M. Friedman, P.C.
            Attorney for Plaintiff

OCT 09 2012

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ INDIO 46-200 Oasis St., Indio, CA 92201

☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
☐ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☒ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., Ste. 100, Temecula, CA 92591

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address)
Todd M. Friedman (SBN 216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr.,#415
Beverly Hills, CA 90211
TELEPHONE NO. 877-206-4741     FAX NO. (Optional): 8666330228
E-MAIL ADDRESS (Optional): tfriedman@attorneysforconsumers.com
ATTORNEY FOR (Name): Plaintiff, NATHANIEL DAVIS

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

OCT 09 2012

D. BARRAZA

PLAINTIFF/PETITIONER: NATHANIEL DAVIS

DEFENDANT/RESPONDENT: GENPACT SERVICES LLC

CASE NUMBER:
RIC 1213917

CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92879

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date  10/04/12

Todd M. Friedman
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)          ► _____(SIGNATURE)

Approved for Mandatory Use
Riverside Superior Court
RI-030 [Rev. 07/01/12]          CERTIFICATE OF COUNSEL          Page 1 of 1
Local Rule 1.0015
riverside.courts.ca.gov/localforms/localforms.shtml

*Davis v. Genpact Services, LLC*
<u>**USDC, Case No.**</u>

<u>**CERTIFICATE OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On November 28, 2012, I served a true copy of the **NOTICE OF REMOVAL** on all interested parties in this action by:

[  ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ X ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Drive, #415
Beverly Hills, CA  90211

[  ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[  ]   By ECF:  On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on November 28, 2012, at Santa Ana, California.

TIMOTHY P. JOHNSON

NOTICE OF REMOVAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## EDCV12- 2139 VAP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
   **312 N. Spring St., Rm. G-8**
   **Los Angeles, CA 90012**

[ ] **Southern Division**
   **411 West Fourth St., Rm. 1-053**
   **Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
   **3470 Twelfth St., Rm. 134**
   **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Nathaniel Davis | Genpact Services, LLC |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Todd M. Friedman, SBN 216752   800-219-3577<br>LAW OFFICES OF TODD M. FRIEDMAN<br>8730 Wilshire Boulevard, Suite 411, Beverly Hills, CA  90211 | Timothy P. Johnson   SBN 66333<br>LAW OFFICES OF TIMOTHY P. JOHNSON<br>1970 Old Tustin Avenue, Second Floor, Santa Ana, CA  92705<br>714-832-1170 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☑ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act  15 USC 1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

ED  CV  12  -  02139

VAP  (DTBx)

**FOR OFFICE USE ONLY:**    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

DEC - 5 2012

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date December 3, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |