UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     EDCV 12-02139 VAP(DTBx)                                Date: July 10, 2013

Title:     Nathaniel Davis v. Genpact Services LLC

========================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                             None Present
    Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                      None

PROCEEDINGS:     REOPENING/CLOSING (IN CHAMBERS)

☐     Case previously closed in error. Make JS-5.

☐     Case should have been closed on entry dated _____.

**XX**   Case settled but may be reopened if settlement is not consummated within  60  days. Make JS-6.

☐     Other _____
      _____.

☐     Entered _____.

CV-74 (08/97)                                              Initials of Deputy Clerk  vp for md